| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Katharine Hemann | Telephone: (989) 574-8638 |
|---|---|---|
| | Special Agent: Scott Klein | Telephone: (313) 530-3868 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | | |
| v. | | |
| Thomas Lee Aikens | Case No. | 1:22-mj-30516<br>Judge: Morris, Patricia T.<br>Filed: 12-07-2022 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  beginning about 12/09/2020 until 12/07/2022  in the county of   Huron   in the   Eastern   District of   Michigan  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1); (a)(2); & (a)(5)(B) | Knowingly transported child pornography; knowingly distributed child pornography; and knowingly possessed child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott Klein, Special Agent U.S.S.S.
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  December 7, 2022 

_____
Judge's signature

City and state:  Bay City, Michigan     Patricia T. Morris, U.S. Magistrate Judge
_____
Printed name and title

# AFFIDAVIT

I, Scott Klein, being duly sworn, do hereby state as follows:

1.  I am a Special Agent with the United States Secret Service and have been so employed since 2009. I am a graduate of two federal law enforcement academies and have received extensive training in criminal investigations and the examination of evidence.

2.  I am presently assigned to the Michigan Internet Crimes Against Children ("ICAC") Task Force, whose purpose is to investigate criminal statutes involving the sexual exploitation of children. I have received training in the area of child pornography and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media. I have been involved with investigations regarding child pornography and the exploitation of children through the internet. I have received training on the execution of search warrants to seize items of evidence from residences, communication providers, and electronic devices, such as cell phones and computers.

3.  The facts in this affidavit come from my personal observations, my training and experience and the training and experience of other agents, and information obtained from other agents and witnesses. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each

and every fact known to me concerning this investigation. Based on the facts below, there is probable cause that between 12/9/2020 and 10/23/2022 Thomas Lee Aikens (DOB XX-XX-1982) knowingly transported child pornography in violation of 18 U.S.C. § 2252A(a)(1); that on numerous occasions throughout 2022, and specifically on or about September 5, 2022, Aikens knowingly distributed child pornography in violation 18 U.S.C. § 2252A(a)(2); and that on or about October 23, 2022, Aikens knowingly possessed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

4. Throughout 2022, NCMEC received numerous cybertips from Google reporting the upload and storage of images and videos of child pornography to a Google Photos account. Google reported images and videos of child pornography were uploaded to a Google Photos account belonging to user "Thomas Aikens," between 12/09/20 and 10/23/22. Google provided the account subscriber name as Thomas Aikens, with a listed account phone number ending in 2958, date of birth XX/XX/2001, and an account email address of tlaikens82@gmail.com.

5. Upon receiving this information on November 16, 2022, I observed a total of 9 cybertips which were issued on this suspected user. I initially reviewed two of the Google cybertips, which contained a total of 24 images and videos constituting child pornography, as defined by 18 U.S.C. § 2256 (i.e., visual depictions of minors engaging in sexually explicit conduct). Most of the images and videos

contained within these two cybertips were pre-pubescent females aged between 6-12 years old engaged in sexually explicit conduct or having sexual contact with men, including adult men, of unknown ages. Below is a summary of one file I observed:

---------------------------------------------------

**NCMEC CYBER TIP 138164607**
**Reporting Electronic Service Provider**: Google
**User Name:** Thomas Aikens
**Account Email Address**: tlaikens82@gmail.com
**Account Phone Number**: +19896702958
**File:** Google-CT-RPT-[redacted]713c24e0-4hotties_5.avi
**Uploaded**: Google Photos account tlaikens82@gmail.com
**Date of Upload:** 10/23/2022

**Description:** This is a video lasting 1 minute and 29 seconds consisting of four nude white female children aged between 8 to 12 years old, inserting various objects into their vaginas/anus including markers and make up brushes.

---------------------------------------------------

6.      I next reviewed a Facebook cybertip in which Facebook reported that on 09/05/22, user "Tomm Aikens" utilized the Facebook messenger application to send a video of child pornography to another Facebook user.

7.      Facebook provided the account subscriber information of the user who uploaded child pornography as "Tomm Aikens", date of birth XX/XX/1982, with an account email address of tlaikens82@gmail.com. I observed this to be the same

email address associated with the Google cybertips, as well as a similar account name and subscriber date of birth. I reviewed this video which is summarized as follows:

----------------------------------------------------

**NCMEC CYBER TIP 134269884**
**Reporting Electronic Service Provider**: Facebook
**User Name:** Tomm Aikens
**Account Email Address**: tlaikens82@gmail.com
**File:** WJnqcA1XLBFYsmMA10000000_[redacted]0988849_n.mp4
**Uploaded**: Facebook Messenger account Tomm Aikens
**Date of Upload:** 09/05/2022

**Description:** This is a video lasting 7 minutes and 44 seconds of a pre-pubescent female, approximately 8-12 years old having sexual intercourse with a male of unknown age.

----------------------------------------------------

8.      In this cybertip, Facebook also provided an image of the profile picture for the Tomm Aikens Facebook account. This profile image can be described as a closeup portrait style picture (commonly referred to as a "selfie") of a white male, middle-aged, with blue eyes and a dark brown mustache and goatee beard.

9.      Investigators conducted a TLO Database online check for public and proprietary data. The results for a basic search of Thomas Aikens with a date of birth in XX/XX/1982, provided an individual of the same identifiers residing at address 733 N Beck Street, Sebewaing, MI 48759.

10. Further, State of Michigan Law Enforcement searches were conducted which confirmed Thomas Lee Aikens, date of birth XX/XX/82, maintains a registered address at this same address, as currently listed on his Michigan Driver's License. Upon review of his Michigan driver's license image, investigators observed that Thomas Lee Aikens of 733 N Beck Street, Sebewaing, MI 48759 is the same individual seen in the profile picture for the Facebook account "Tomm Aikens", which transmitted a video of a pre-pubescent girl having sexual intercourse with a man to another Facebook messenger user on 09/05/22.

11. Investigators conducted additional public database searches for the same mobile phone number ending in 2958, which was linked to the Google Photos account belonging to Thomas Aikens that had uploaded dozens of images of child pornography as described in the Google cybertips. The results indicated this number to be a cellular phone number carried by T-Mobile. A state search warrant was then issued to T-Mobile for the subscriber information for this phone number. The results of the search warrant were returned by T-Mobile on 11/29/22, which certified that the same mobile phone number ending in 2958 is registered under the account name "Thomas Aikens," with an account address of 733 N Beck Street, Sebewaing, MI 48759.

12. On December 7, 2022, law enforcement agents executed a federal search warrant at Aikens's current residence located at 733 N Beck Street in Sebewaing,

MI. Aikens' cellular phone was seized after he was stopped in his vehicle which was parked in the residence driveway.  Aikens' was the only occupant of the vehicle at the time. Law enforcement conducted an initial preview of Aikens' phone and located at least 200 images and at least 20 videos of child pornography, as defined in 18 U.S.C. § 2256.  One of the images showed an approximately eight-year-old white female performing oral sex on an adult male.  One of the videos showed an approximately eight-year-old female performing oral sex on an adult male.

13.    Aikens was advised of Miranda rights and voluntarily agreed to speak investigators. Aikens admitted to downloading approximately 50-100 images of child pornography on a weekly basis, over the course of the last 18 years, with his most recent download of a child pornographic image occurring within the last two hours on his cellphone.  Aikens admitted that both the Facebook account "Tomm Aikens" and Google Gmail account "tlaikens82@gmail.com" belong to him, and that he has used both accounts to download, request, and distribute images of child pornography to other people, and to save and/or upload images of child pornography to his Google photos account. Aikens stated that the most recent video of child pornography that he sent to another person occurred within the past week, which was a video of an approximate 6-year-old girl performing oral sex on a male of unidentified age.

14. Based on the facts of this investigation, I submit there is probable cause to believe that Thomas Lee Aikens of 733 N Beck Street in Sebewaing, Michigan is the user of the Google account tlaikens82@gmail.com and the Facebook account Tomm Aikens, and that Aikens has violated 18 U.S.C. § 2252A(a)(1) (transportation of child pornography), 18 U.S.C. §2252A(a)(2) (distribution of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) in the Eastern District of Michigan. Accordingly, I ask the Court to issue a criminal complaint and arrest warrant for Thomas Lee Aikens.

_____
Scott Klein
Special Agent, U.S. Secret Service

Sworn to and subscribed before me and/or by reliable electronic means on ___December 7, 2022_____ .

_____
Hon. Patricia T. Morris
United States Magistrate Judge